#2504438    8-15-2025
C.U.G James P. Clevias SR.

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

(A Transjender Male to female)
MS. Keshia Sophia Clevias

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Dept. of Corrections.
C/O State of Massachusetts

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

FILED IN CLERKS OFFICE
2025 AUG 25 PM 12:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ms Keshia Sophia Clevias
Street Address: Southbay County Jail.
City and County: 20 Bradston Street.
State and Zip Code: Boston MA. 02118.
Telephone Number: N/A.
E-mail Address: Keshiaclevias1970@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

#25041B2

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: Dept. of Corrections Attn: State of Massachusetts (County Jail)
- Job or Title (if known):
- Street Address: 20 Bradston Street
- City and County: Boston MA 02118
- State and Zip Code: N/A
- Telephone Number:
- E-mail Address (if known): KeshiaClevras1970@gmail.com

**Defendant No. 2**
- Name: Shift Supervisor of 8-1 unit
- Job or Title (if known): Southbay County Jail
- Street Address: 20 Bradston Street
- City and County: Boston MA 02118
- State and Zip Code: N/A
- Telephone Number: N/A
- E-mail Address (if known):

**Defendant No. 3**
- Name: Superintendit of Southbay
- Job or Title (if known): 20 Bradston Street
- Street Address: Boston MA 02118
- City and County: N/A
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4** (Their Names)
- Name: (Officers of the time on)
- Job or Title (if known): Southbays Records of
- Street Address: The unit The Day of The
- City and County: illegal Acts and Claim
- State and Zip Code: of cruel & unsual punishment
- Telephone Number: At Southbay
- E-mail Address (if known): 20 Bradston St. Boston MA 02118

Page 2 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st, 2nd, 8th, 14th, 18th, 24th

(Amendment Rights Violation(s))

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Ms. Keshia Sophia Alevras, is a citizen of the State of *(name)* Massachusetts.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* Massachusetts,
    
    and has its principal place of business in the State of *(name)* Massachusetts.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual    Suffolk County Jail Sheriffs Dept.
    
    The defendant, *(name)* Dept. of Corrections, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* U.S.A.

b. If the defendant is a corporation (State of Massachusetts)

The defendant, (name) State of Massachusetts, is incorporated under the laws of the State of (name) Massachusetts, and has its principal place of business in the State of (name) Massachusetts.

Or is incorporated under the laws of (foreign nation) U.S.A.,

and has its principal place of business in (name) Dept. of Corrections

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$125,000 (one hundred & twenty five thousand)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

< See attached Statement of True Fact(s) >

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1st: Policy, Change and or updates of Gender & Gay Hate & the Seriousness of it Being within the D.O.C. walls In Dept of Corrections

2nd ($125,000) Dollars (Officee Misconduct)

N/A.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-15-2025 (11:45am)

Signature of Plaintiff   X. Ms. Keshia Sophia Aleuras

Printed Name of Plaintiff   Ms. Keshia Sophia Aleuras (A.K.A James P. Aleuras SR)

#### B. For Attorneys

Date of signing:   N/A

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Aug 25 2025 7:31 AM

FILED IN CLERKS OFFICE
2025 AUG 25 PM 12:29
U.S. DISTRICT COURT

To: United States District Court
~~Superior Court.~~
Attn: Clerks Office
~~\[crossed out\]~~, 1 Courthouse Way
Boston MA. 02210

Ref: F: to Letter: (a Statement of True facts)

From: Ms. Keshia Sophia Cleuras
(A.K.A) James P. Cleuras JR # 2504132
at: Southbay County Jail,
20, Bradston Street. Unit, 1-11-2,
Boston MA. 02118

To: Clerk of The Superior Court,
I above name inmate Kindly Ask for your professional plus Quality - Time in Filing properly My Attached Motion(s) of a Civil 1983 Complaint, against, Suffolk County Sheriffs Department(s) c/o Southbay County - Jail, For the past 2½ to 3 yrs on Multiple occasions/Times. I was placed/Housed in the Jails Perfective Custody Unit, called (S-1-Unit First Floor) While 23→24 2023→2024 I had been twice a

2

Victim a (Fallen Victim) to twice Hate crime, through (order + Gay person(s) from state employed officer(s) through Suffolk County Sheriffs Department, contracted with the Department of Corrections in 2023 into 2024. I had an officer on 5 different times, not comply to his order(s) by the Shift Supervisor, to unlock any (door) cells of Pertective Custody inmate housed in 8-1 unit 1st Floor, cells 1 through 13. These officers are saposed to open these 13 cells upon an inmates request, to do so bye a button to be pushed from within our cells. The proublem is, when officees do not like an inmate and just Don't like opening the cells 1-13 in the 8-1 unit in Southbay County Jail, the inocent inmate is forced to suffer greatly for Hour(s) at times, and made to urinate plus loose their Bowels in their Prison Uniform, and this is what took place (5) Five different times, and I was so humilliated

And embarrassed Greatly!

As I'm a Female Transgender at that time (still presently a Transgender) But During that Harrassment (cruel and unusal Pain & Suffering And the Mental Stress And My DOC Diagnosis of PTMA (Post Tramadic Stress Disorder, And Just the shame it made me Feel x5 Different times. I ask for the Honorable Judge to Seek for all x12 Different Grievance and Request I've addressed with the ~~xxxxx~~ Southbay County Jails Superintinale plus Lt & 3 Captains And caseworkers And then finally I was forced to file Multiple Grievances for all the above And the cruel & unusual Prison Conditions And Suffering I was Forced (The unjust Punishment is cruel) to endure/Go through. The Hate crime I Feel is x2 officer(s) James unknown Because of covering This situation up. I was Made on purpose twice

all of those (5) times I was forced to urinate & loose my bowels in my prison uniform and I was called an ugly Transgender Faggit as the unit officer(s) laughed and walked away. So with the Highest form/level of Respect I Bring forth to the District Court this Statement of true facts and sware this Statement to Be the truth and the Whole truth so help me God.

Very Truly Yours
(A.K.A. James P. Alevras) Summitted As a
Ms. Keshia Saphia Alevras
Ms. Keshia Sophia Alevras
#2504132, 20 Bradston St.
Southbay County Jail.
Boston MA. 02118
08-04-2025
11:15 AM

* I need to add the Hate Crime Act(s) all done to me was in 8-1 unit 7-1-2024, this Southbay Jail Will not give me Opie of all my 7-1-2024 Grievances?

\* Damages Being Requested \*

1st, $125,000 in total for Money Damage(s). For No running Water or toilets Properly being Available.

2nd Policy update & change on education & to make available to how to Stop Prison Gender & GAY LBGQT - Hate crim Activities (Bring a federal level(s) of Investigations) Past 20yrs of Said Hate

3rd Close Down The unit with No Running Water or Toilets to relieve ones-self / meaning Any Futhre inmates. or Modify Cell 1-through 13 cells With Running Water & Toilets.

4th Suspend without pay and or Fire Any officer whom inflicted this cruel & unusaul pain, punishment And Suffering upon Me, Keshia Sophia Clevias. (A.K.A.) James P. Clevias Sr. D.O.B 11-28-1970
ID# 9504132
And of-Suspend Any officer involved with Policy & criminal Acts.